157 A.3d 925

**Robert DESHIELDS, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al., Appellee**

**No. 18 EAP 2016**

Supreme Court of Pennsylvania.

March 28, 2017

***ORDER***

PER CURIAM

**AND NOW**, this 28th day of March, 2017 the Order of the Commonwealth Court is hereby **AFFIRMED**.